EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | |
|---|---|
| Aprobación de Baja Voluntaria de septiembre 2015 a octubre de 2016 | 2017 TSPR 09<br><br>197 DPR ____ |

Número del Caso: EM-2017-01

Fecha: 25 de enero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
Septiembre 2015 a
Octubre de 2016                    EM-2017-01


RESOLUCIÓN

En San Juan, Puerto Rico, a       de enero de 2017.

Durante el periodo de Septiembre 2015 a Octubre de 2016, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**Septiembre 2015**

| | |
|---|---|
| Alberto Acevedo Colom | 5836 |
| Margarita M. Chico Fuertes | 10471 |
| Sonia E. Ralat Pérez | 9731 |
| Miguel A. Rivera Medina | 7054 |

**Octubre 2015**

| | |
|---|---|
| Rafael Betancourt Pulliza | 2258 |
| Sylvia I. Calero Cerezo | 5648 |
| Ismael R. Colón Pérez | 6855 |
| Segismundo Quiñones Lores | 7647 |
| José U. Zayas Bonilla | 5188 |

**Diciembre 2015**

| | |
|---|---|
| Ángel Córdova Campos | 4025 |
| José M. Martínez Chamorro | 6892 |

**Enero 2016**

| | |
|---|---|
| Darío W. Ortiz Cintrón | 2802 |
| Winston H. De Feria Molini | 15855 |

Aprobación de

**Febrero 2016**

Héctor L. Ramos Ortiz                              5543

**Abril 2016**

Heriberto Cuebas Campos                            6687

**Mayo 2016**

Ángel M. Aponte Castro                             5120
Pedro F. Silva Ruiz                                3141
Víctor M. Acevedo Tirado                           5302
Adrián Marrero Marrero                             3982
Ismael Leandry Vega                                17046

**Junio 2016**

Ángel Bonilla Rodríguez                            2029
Carolyn Boren                                      8054
Federico G. González Denton                        9688
Pablo D. Ramos Pérez                               2650

**Julio 2016**

José D. Santiago Torres                            4816

**Septiembre 2016**

René Avilés Pérez                                  7723
Mario A. Torres Rivera                             2661
Aixa Calero Jiménez                                4909
Juan Cruz Cruz                                     8960
José I. Irizarry Yordán                            3861

**Octubre 2016**

Lidia González Figueroa                            4300


Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo